IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALBERT LEE LEWIS, JR.  PETITIONER
ADC #143494

v.  No. 4:23-cv-178-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction  RESPONDENT

ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Lewis's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2023