IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALBERT LEE LEWIS, JR.                                           PETITIONER
ADC #143494

v.                         No. 4:23-cv-178-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                               RESPONDENT

## JUDGMENT

Lewis's petition is dismissed without prejudice for lack of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2023